UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH YIGAL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>THOMAS L COLE, et al.,<br><br>        Defendants. | CASE NO. C21-5051BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation, Dkt. 10, recommending that the Court *sua sponte* TRANSFER this case to the Southern District of Georgia, and DEFER pro se Plaintiffs' pending motion for Leave to Proceed *in forma pauperis*, Dkt. 5, to that Court.

The Plaintiffs' filings are difficult to read but it is apparent that neither they nor the proposed defendants have any connection to this District or this State. Plaintiffs live in Canada and the Philippines, and the proposed Defendants are in Georgia and Ohio. The events described in Plaintiffs' filings occurred in Chatham County, Georgia.

Plaintiffs have filed two "proposed" motions, Dkts. 11 and 12, since Judge Fricke's Report and Recommendation, but they have not objected it. Indeed, those filings

confirm that the parties and the events have no connection to the District. There is no reason to delay transferring the case to the appropriate District for resolution, and this Court will do so *sua sponte*.

1. The Report and Recommendation is **ADOPTED;**

2. This case is **TRANSFERRED** to the Southern District of Georgia;

3. The Clerk shall take steps necessary to transfer the case;

4. The Court **DEFERS** plaintiff's pending Motion for Leave to Proceed *in forma pauperis*, Dkt. 5, to the Georgia Court;

5. The Clerk shall send copies of this Order to Plaintiffs' last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 4th day of March, 2021.

BENJAMIN H. SETTLE
United States District Judge